LORIN E. LINGENFELTER, APPELLANT, V.
DORIS V. LINGENFELTER, APPELLEE.

313 N.W.2d 454

Filed December 28, 1981. No. 44543.

S. Caporale for appellant.

Michael P. Cavel of Stave, Cavel & Coffey, P.C., for appellee.

Submitted without oral argument. KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, BRODKEY, WHITE, and HASTINGS, JJ.

PER CURIAM.

This appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.